[No. 12971–0–II.   Division Two.   May 20, 1991.]

JANICE LYNN GRANT, *Appellant,* v. WARD ALLEN WILLIAMSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–2–00505–2, David E. Foscue, J., entered June 29, 1989. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.

[No. 13247–8–II.   Division Two.   May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,*. v. JACK E. PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89–1–00251–3, Leonard W. Kruse, J., entered August 21, 1989. *Vacated* by unpublished per curiam opinion.

[No. 13987–1–II.   Division Two.   May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY LYNN CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90–1–00218–4, Alan R. Hallowell, J., entered May 31, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.